## Commonwealth v. Rados, Appellant.

Submitted March 10, 1975.

*Philip D. Freedman,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence of the court below is amended to provide that sentence on the corruption of a minor charge at No. 2137 of 1973 shall be computed from October 2, 1973, excluding time released on bail, and as modified, is affirmed.

## Commonwealth v. Ramos, Appellant.

Submitted March 17, 1975.

*Arnold L. New,* for appellant; *William A. Richardson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.